IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PETE EDWARDS, on behalf of himself
and all others similarly situated                                    PLAINTIFF

v.                          No. 4:23-cv-39-DPM

CITY OF LITTLE ROCK                                                  DEFENDANT

## JUDGMENT

Edwards's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 July 2024